UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 14-225 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JOSHUA L. HOY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:    Unlawful Possession of Ammunition

<u>Date of Detention Hearing</u>:    June 9, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged by Complaint with possessing ammunition, having been

DETENTION ORDER
PAGE -1

previously convicted of felony offenses consisting of Felony Theft in the Second Degree, Controlled Substance Possession (Methamphetamine) Without a Prescription (two separate charges), and Unlawful Firearm Possession in the Second Degree.

2. Defendant's criminal record includes multiples failures to appear, failures to comply, and bench warrant activity. An active warrant from Everett Municipal Court is outstanding for failing to report for a 10 day jail sentence. While under the Department of Corrections supervision, DOC advised that defendant's compliance was marginal, with violations and resulting warrant activity.

3. Defendant has been unemployed for approximately four years. Although completing an intensive outpatient treatment program, defendant continues to use methamphetamine.

4. Defendant poses a risk of nonappearance due to unemployment, daily substance abuse, pending charges in Snohomish County Superior Court, and prior failures to comply and failures to appear. He poses a risk of danger due to substance abuse and prior criminal record.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 9th day of June, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3