UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSHUA L. HOY,<br><br>                    Defendant. | No. CR14-180Z<br><br>ORDER |

On August 7, 2014, a Status Hearing was held in the above-captioned case. The Defendant made an oral motion to continue the trial date and the Government did not oppose the motion. The Court GRANTED the motion to continue at the hearing on the record and now enters this Order.

THE COURT NOW FINDS that pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(i), the ends of justice served by continuing the trial date to October 20, 2014, outweigh the best interests of the public and the defendant in a speedy trial, in that, it has been demonstrated that additional time is necessary for counsel to review and analyze discovery materials, to effectively prepare for trial, and to prepare the presentation of a defense; and Defendant has filed a waiver of Speedy Trial.

IT IS THEREFORE ORDERED THAT trial in this matter is continued from August 25, 2014, until October 20, 2014 at 9:00 a.m. The resulting period of delay from the current

ORDER   -1-

1 trial date of August 25, 2014, up to and including October 20, 2014, is hereby excluded for
2 speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
3     No extension of the pretrial motions deadline was requested or will be permitted.
4     DATED this 7th day of August, 2014.

                                        /s/ Thomas S. Zilly
                                        Thomas S. Zilly
                                        United States District Judge

ORDER  -2-